**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6696**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

WEBSTER DOUGLAS WILLIAMS, III,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence.  R. Bryan Harwell, Chief District Judge.  (4:12-cr-00969-RBH-1)

Submitted:  July 21, 2020                           Decided:  July 24, 2020

Before AGEE, DIAZ, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Webster Douglas Williams, III, Appellant Pro Se.  Lauren L. Hummel, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Florence, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Webster Douglas Williams, III, appeals the district court's order denying his motion for disqualification and recusal, pursuant to 28 U.S.C. §§ 144, 455(a) (2018). On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Williams' informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*